# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

161683

NORMAN CHAMPINE,
      Plaintiff-Appellant,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellee.

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 161683
COA: 347398
Ct of Claims: 18-000028-MZ

_____/

On order of the Court, the application for leave to appeal the April 16, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief addressing whether the appellant's timely filed complaint against the state constituted compliance with the notice requirement of MCL 691.1404. See also MCL 600.6431. The appellant's brief shall be filed by August 30, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



t0421

Clerk